# StradleyRonon

100 Park Avenue
Suite 2000
New York, NY 10017
T: 212.812.4124

**Brian P. Seaman**
Partner & Chief Inclusion Officer
bseaman@stradley.com
215.564.8171

September 24, 2025

**Via ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1305
New York, NY 10007

Re:  *Change Capital Holdings I, LLC v. Zebra Cleaning Services, Inc. et al.*
     Case No.: **1:24-cv-09060-PAE**

Dear Judge Engelmayer:

    This firm represents Plaintiff, Change Capital Holdings I, LLC ("Change Capital" or "Plaintiff"), in the above-referenced matter. Pursuant to the Court's scheduling order, the deadline to request a pre-motion conference on summary judgment is 14 days from the close of fact discovery, or Monday, September 22, 2025. I write to request that the Court accept as timely Plaintiff's request for pre-motion conference, which was filed earlier today on September 24, 2025.

    I accept full responsibility for this late filing. However, I am currently dealing with the reality of an elderly parent who is recovering from chemotherapy and radiation necessitated by throat cancer. I was taken away from my desk on Monday to handle some issues related to this illness, and I neglected to file my client's request on Monday as required. I deeply apologize to the Court and to opposing counsel for this oversight. Should Your Honor wish to understand more about my situation, I am happy to share off the record.

    I have spoken to counsel for the Defendants, and he graciously has no objection to the requested relief. There have been no previous requests to extend this pre-motion deadline, and this short extension will not require rescheduling of the pretrial conference on October 9, 2025 or any other case deadlines. If granted, Defendants' response to the pre-motion request will be due on October 1, 2025, eight days prior to the pretrial conference.

    I very much appreciate your consideration of this request, and again, my apologies.

Very truly yours,

*Brian P. Seaman*
Brian P. Seaman

cc:   Stephan Brown, Esq. (via ECF)

GRANTED. The Court accepts plaintiff's request for a pre-motion conference as timely, and expresses its deepest sympathies and hopes for the swift recovery of counsel's parent.

Defendants are directed to file their response to plaintiff's pre-motion letter by October 3, 2025.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: September 25, 2025
New York, New York