

2408 Professional Drive
Roseville, CA 95661

800.358.0305 Office
916.242.8588 Fax

bslagoski@newpointlaw.com
sbrown@newpointlaw.com

October 17, 2025

<u>VIA ECF</u>

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1305
New York, NY 10007

*Re: Change Capital Holdings I, LLC v. Zebra Cleaning Services, INC., et al. Case No.: 1:24-cv-09060-PAE - Defendants' Request for Short Extension of Time to File Joint Stipulation of Undisputed Facts*

Dear Judge Engelmayer:

This firm represents Defendants Zebra Cleaning Services, Inc., Rutan Environmental Safety Services, Inc., and Jedrek Upton in the above referenced matter. We respectfully request a short extension of time to file the Joint Stipulation of Undisputed Facts from today, October 17, 2025, to Monday, October 20, 2025.

The parties have been conferring and working cooperatively to finalize the stipulation, but our office requires additional time to complete review and apply additional changes, if any. Mr. Brian Seaman, Counsel to Plaintiff, submitted the initial draft for our review on Wednesday, October 15, 2025 and was prepared to file this afternoon, however in order to agree to more facts Defendant requires until Monday, October 20, 2025 to thoroughly review the underlying documents. This brief extension will allow D to incorporate final revisions and submit a comprehensive stipulation of undisputed material facts.

This request is made in good faith and will not affect any other deadlines in this matter. We thank the Court for its consideration.

Respectfully submitted,

NEWPOINT LAW GROUP, LLP

*Stephan Brown* (signature)

Stephan Brown

GRANTED.  The Court directs the parties to refrain from making same-day extension requests in the future.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: October 17, 2025