UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

CHANGE CAPITAL HOLDINGS I, LLC.,

Civil Action No.: 24-cv-09060

Plaintiff,

-against-

**CONSENT TO JUDGMENT**

ZEBRA CLEANING SERVICES, INC., RUTAN
ENVIRONMENTAL SAFETY SERVICES CORPORATION,
and JEDREK UPTON,

Defendants.

-------------------------------------------------------------------------x

And now, this 19th day of December, 2025, Defendants Zebra Cleaning Services, Inc., Rutan

Environmental Safety Services Corporation, and Jedrek Upton hereby stipulate and consent to entry of a

JUDGMENT against them and in favor of Plaintiff in the sum of eight hundred thousand dollars ($800,000.00),

pursuant to the terms of a Settlement and Forbearance Agreement executed by the parties.

STRADLEY RONON STEVENS & YOUNG LLP

By: _____
Brian P. Seaman, Esq.
100 Park Avenue, Suite 2000
New York, NY 10017
Phone: (215) 564.8171
Email:  bseaman@stradley.com

*Attorneys for Plaintiff,*
*Change Capital Holdings I, LLC*

NEWPOINT LAW GROUP, LLP

By: _____
Stephan Brown, Esq.
2408 Professional Drive
Roseville, CA 95661
Phone: (800) 358-0305
Email: sbrown@newpointlaw.com

*Attorneys for Defendants, Zebra Cleaning*
*Services, Inc., Rutan Environmental Safety*
*Services Corporation, and Jedrek Upton*

GRANTED.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: December 22, 2025
New York, New York